Andrew Hursh (MT Bar No. 68127109)
ADVOCATES FOR THE WEST
117 W. Broadway
Missoula, MT 59802
(208) 268-5210
ahursh@advocateswest.org

Sarah Stellberg (*admitted pro hac vice*)
Margaret Parker (*admitted pro hac vice*)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
sstellberg@advocateswest.org
mparker@advocateswest.org

Andrew Missel (*admitted pro hac vice*)
ADVOCATES FOR THE WEST
2512 SE 25th Ave., Ste. 304
Portland, OR 97202
503-506-5133
amissel@advocateswest.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SONYA GERMANN, et al.,<br><br>Defendants. | Case No. 4:26-cv-00021-BMM<br><br>**RESPONSE TO STATE OF WYOMING'S MOTION TO INTERVENE (ECF 12)** |

1

Plaintiffs Center for Biological Diversity, Gallatin Wildlife Association, Great Old Broads for Wilderness, Rocky Mountain Wild, Sierra Club, Western Watersheds Project, and WildEarth Guardians respectfully submit this response to the State of Wyoming's Motion to Intervene (ECF No. 12).

Plaintiffs do not oppose Wyoming's motion. However, Plaintiffs anticipate multiple similar intervention motions and reserve the right to seek reasonable limitations on Intervenor participation as the case proceeds. In prior litigation over BLM sage-grouse plans, the court ordered the fifteen intervenors to "file joint briefs with any other Intervenors with which they share a common interest." Docket Entry Order of January 30, 2017 (ECF 84), *W. Watersheds Project v. Schneider*, 1:16-cv-00083-BLW (D. Idaho). Plaintiffs respectfully submit that a similar condition would be appropriate here, to avoid duplicative filings and ensure the efficient resolution of these proceedings.

Dated: April 10, 2026

Respectfully submitted,

/s/ Sarah Stellberg
Sarah Stellberg (*admitted pro hac vice*)
Margaret Parker (*admitted pro hac vice*)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
sstellberg@advocateswest.org
mparker@advocateswest.org

2

Andrew Missel (*admitted pro hac vice*)
ADVOCATES FOR THE WEST
2512 SE 25th Ave., Ste. 304
Portland, OR 97202
503-506-5133
amissel@advocateswest.org

/s/ Andrew Hursh

Andrew Hursh
ADVOCATES FOR THE WEST
117 W. Broadway
Missoula, MT 59802
(208) 268-5210
ahursh@advocateswest.org

*Counsel for Plaintiffs*