**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SONYA GERMANN, in her official capacity as Montana-Dakotas State Director, Bureau of Land Management, et al., <br><br> Defendants. | CV-26-21-GF-BMM <br><br><br> **ORDER** |

The State of Wyoming moved to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a)(2). (Doc. 12.) Plaintiffs do not oppose the motion. (Doc. 17 at 2.) Plaintiffs reserve the right to seek reasonable limitations on Intervenor participation as the case proceeds. (*Id.*) Federal Defendants take no position on the motion.

To intervene as of right under Fed. R. Civ. P. 24(a)(2), an applicant must show that "(1) it has a significant protectable interest relating to the property or transaction that is the subject of the action; (2) the disposition of the action may, as a practical matter, impair or impede the applicant's ability to protect its interest; (3)

1

the application is timely; and (4) the existing parties may not adequately represent the applicant's interest." *In re Estate of Ferdinand E. Marcos Human Rights Litig.,* 536 F.3d 980, 984 (9th Cir. 2008).

Plaintiffs are challenging the Bureau of Land Management's ("BLM") 2025 Records of Decision ("RODs") approving Resource Management Plan ("RMP") Amendments for greater sage-grouse in Montana, California, Colorado, Idaho, Nevada, North Dakota, South Dakota, Utah, and Wyoming ("2025 Plans"). (Doc. 1 ¶ 1.) The State of Wyoming seeks to intervene to protect its interests in balancing conservation measures that protect sage-grouse with its economic need for mineral development and agricultural activities. (Doc. 13 at 8.) Federal Defendants likely possess similar, but not necessarily the same, interests as the state of Wyoming. The State of Wyoming meets the standard for intervention as of right.

**IT IS ORDERED** that the motion (Doc. 12) for intervention as of right by the State of Wyoming is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the Defendant-Intervenor Wyoming's Proposed Answer as a separate docket entry.

DATED this 15th day of April, 2026.

Brian Morris, Chief District Judge
United States District Court

2