**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY DAVIS, in his official capacity as Montana-Dakotas State Director, U.S. Bureau of Land Management, et al.,<br><br>Defendants. | **CV-26-21-GF-BMM**<br><br>**ORDER** |

The State of Idaho moved to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a)(2). (Doc. 52.) Plaintiffs do not oppose the motion. (Doc. 57 at 2-3.) Plaintiffs reserve the right to seek reasonable limitations on Intervenor participation as the case proceeds. (*Id.*) Counsel for Federal Defendants take no position. (Doc. 52 at 2.) Defendant-Intervenor Wyoming, and Defendant-Intervenor Utah do not oppose the motion. (*Id.*)

To intervene as of right under Fed. R. Civ. P. 24(a)(2), an applicant must show that "(1) it has a significant protectable interest relating to the property or

transaction that is the subject of the action; (2) the disposition of the action may, as a practical matter, impair or impede the applicant's ability to protect its interest; (3) the application is timely; and (4) the existing parties may not adequately represent the applicant's interest." *In re Estate of Ferdinand E. Marcos Human Rights Litig.*, 536 F.3d 980, 984 (9th Cir. 2008).

Plaintiffs are challenging the Bureau of Land Management's ("BLM") 2025 Records of Decision ("RODs") approving Resource Management Plan Amendments ("RMPAs") for greater sage-grouse in Montana, California, Colorado, Idaho, Nevada, North Dakota, South Dakota, Utah, and Wyoming ("2025 Plans"). (Doc. 1 ¶ 1.) The State of Idaho seeks to intervene to protect its interests related to its "longstanding role in managing its sage-grouse populations and supporting habitat management over all land ownerships. (Doc. 53 at 18-19.) Federal Defendants, Defendant-Intervenor Wyoming, and Defendant-Intervenor Utah likely possess

similar, but not necessarily the same, interests as the State of Idaho. The State of Idaho meets the standard for intervention as of right.

**IT IS ORDERED** that the motion (Doc. 52) for intervention as of right by the State of Idaho is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the Defendant-Intervenor Idaho's Proposed Answer as a separate docket entry.

DATED this 31st day of August, 2026.

Brian Morris, Chief District Judge
United States District Court